## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                              **CASE NO. 4:16-CR-00154-BSM**

**JEREMY LOGWOOD**                                                      **DEFENDANT**

## ORDER

Jeremy Logwood's pro se motion to reduce his sentence [Doc. No. 283] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because Logwood's status as a career offender keeps his criminal history category at level VI.

IT IS SO ORDERED this 22nd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE